**Marcos Alirio MENOCAL, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

**No. 14-72755**

United States Court of Appeals, Ninth Circuit.

Submitted July 26, 2016 *

Filed August 3, 2016

Marcos Alirio Menocal, Pro Se

Suzanne Nardone, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation

Before: SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Marcos Alirio Menocal, a native and citizen of Honduras, petitions pro se for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for cancellation of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary determination that Menocal failed to show the requisite exceptional and extremely unusual hardship to his qualifying relatives for cancellation of removal. *See* 8 U.S.C. § 1252(a)(2)(B)(i);

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

*Martinez–Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir. 2005).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.